**Order entered January 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01147-CV

## ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants

### V.

### FREDDIE PRICE, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03907-B**

## ORDER

Before the Court is court reporter LaToya Young-Martinez's fifth request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record received January 27, 2020 filed as of the date of this order.

As the clerk's record has been filed, we **ORDER** appellants to file their opening brief(s) no later than February 18, 2020.

/s/    BILL WHITEHILL
        JUSTICE